IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

United States of America,

   Plaintiff,

v.             Case No. 07-20168-13-JWL

Harold Wallace,

   Defendant.

## MEMORANDUM AND ORDER

  Harold Wallace has filed a motion for early termination of his supervision (doc. 2095). The government, in response, highlights that the court transferred jurisdiction over Mr. Wallace's supervised release to the Eastern District of California in May 2024. *See* doc. 2088. That court accepted the transfer the following day. *See id*. As set forth in the order transferring jurisdiction, the transfer of jurisdiction over Mr. Wallace's supervised release was made pursuant to 18 U.S.C. § 3605. That statute provides, in relevant part: "A court to which jurisdiction is transferred under this section is authorized to exercise all powers over the probationer or releasee that are permitted by this subchapter or subchapter B or D of chapter 227." Motions for early termination of supervised release are analyzed pursuant to 18 U.S.C. § 3583(e), which is in chapter 227, subchapter D. According to those Circuit Courts of Appeal that have addressed the issue, once the transfer is effected, the transferor court no longer has jurisdiction to exercise the powers that may be exercised by the transferee court. *United States v. Sastrom*, 96 F.4th 33, 39 (1st Cir. 2024) (once jurisdiction is transferred, transferor court no longer has authority over supervised release); *United States v. El Herman*, 971 F.3d 784, 786

(8th Cir. 2020) (same); *United States v. King*, 608 F.3d 1122, 1126-27 (9th Cir. 2010) (explaining that under § 3605's "statutory structure, the transferee court steps into the shoes of the transferor court").

Because the Eastern District of California is the only court authorized to consider Mr. Wallace's motion for early termination, the court must dismiss the motion for lack of jurisdiction.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion for early termination of his supervision (doc. 2095) is dismissed without prejudice to refiling in the Eastern District of California.

**IT IS SO ORDERED.**

Dated this 8th day of April, 2025, at Kansas City, Kansas.

                                        s/John W. Lungstrum
                                        HON. JOHN W. LUNGSTRUM
                                        United States District Judge